```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARFIELD BRADSHAW, on behalf of himself and all  :
others similarly situated,                       :
                                                 :
                          Plaintiffs,            :    1:23-cv-4901-GHW
                                                 :
              -against-                          :    ORDER
                                                 :
LUXURY LIGHTING INC,                             :
                                                 :
                          Defendant.             :
                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2023

GREGORY H. WOODS, United States District Judge:

In the Court's order dated June 20, 2023, Dkt. No. 9, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than September 15, 2023. The Court has not received the joint status letter and proposed case management plan. The parties are directed to comply with the Court's June 20, 2023 order forthwith and in any event no later than September 20, 2023.

SO ORDERED.

Dated: September 18, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge